# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　**CASE NO. 4:21-CR-00104-BSM**

**COURTNEY DANIELS**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Courtney Daniels's pro se motion to reduce his sentence and appoint counsel [Doc. No. 36] is denied because the retroactive application of Amendment 821 to the federal sentencing guidelines does not reduce his sentencing range. *See* U.S.S.G. § 1B1.10(a)(2). This is true because the amendment merely reduces his criminal history points from twelve to eleven, and therefore his criminal history category remains at level V. Daniels's request for appointment of counsel is denied because there is no right to appointed counsel in sentence modification proceedings. *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009) (per curiam).

IT IS SO ORDERED this 3rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE